**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 00-6344**

---

LACY HUGHES JOHNSON,

Plaintiff - Appellant,

versus

LOUIS COLEMAN, Major, Danville City Jail;
STEVE SALMON, Lieutenant, Danville City Jail;
CAPTAIN FRANKIE HORNE; GARY OCTAVIS SWANSON;
BELL SOUTH PHONE COMPANY,

Defendants - Appellees.

---

Appeal from the United States District Court for the Western District of Virginia, at Roanoke. Jackson L. Kiser, Senior District Judge. (CA-00-2-7)

---

Submitted: May 11, 2000                    Decided: May 17, 2000

---

Before MURNAGHAN, LUTTIG, and TRAXLER, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Lacy Hughes Johnson, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Lacy Hughes Johnson appeals the district court's order summarily dismissing his civil rights complaint under 42 U.S.C. § 1915A(b). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Johnson v. Coleman, No. CA-00-2-7 (W.D. Va. Feb. 18, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2